IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES SANFORD,

       Plaintiff,                    No. 2:11-cv-3480 KJN P

   vs.

GREG HAGWOOD, et al.,

       Defendants.           <u>ORDER</u>

_____/

       Plaintiff is a Plumas County Jail detainee, proceeding without counsel, in this civil rights action filed pursuant to 42 U.S.C. § 1983.  On January 10, 2012, this court dismissed plaintiff's complaint with leave to file an amended complaint, together with a certified trust account statement in support of plaintiff's application to proceed in forma pauperis.

       On January 19, 2012, plaintiff informed the court that Plumas County Jail is actively addressing the issues identified in plaintiff's complaint, and requests that this action be dismissed.

       Accordingly, for good cause shown, petitioner's request to voluntarily dismiss this action (Dkt. No. 6), is granted.  This action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

////

1

SO ORDERED.

DATED: January 20, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

sanf3480.vol.dsms.